IN THE UNITED STATES DISTRICT COURT
NORTHEASTERN DISTRICT
MIAMI FLORIDA



FILED by _____ D.C.
INTAKE

DEC 1 4 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

GBEKE MICHAEL AWALA,                )
DANIEL WRIGHT,                      )
VICTIM:  TERRI SCHIAVO !            )
And the people of__STATE OF____     )
FLORIDA. AMERICAN DISABILITY ACT.)

## 05-23226

                    Plaintiffs,     )        Civ No. CIV-GRAHAM

Vs.                                 )
                                    )
PINELLAS COUNTY CIRCUIT,            )    MAGISTRATE JUDGE
Honorable Judge George Greer,       )         WHITE
STATE OF FLORIDA GOVERNOR,          )    cat / div  Dude (1983)
JEB BUSH, et al.                    )    Case #  CIV-23226
STATES MEDICAL, PHYSICIAN AND       )    Judge _____ Mag ___
SURGEONS.      Defendants,          )    Mom lip ___ Fee pd $ 0
                                    )    Receipt #_____

MOTION PRETRIAL CIVIL PROCEEDING
"WRONGFUL DEATH AND LIABILITY"

     I am one of the Plaintiffs in this special Civil

proceeding.  This is an application for an order Pursuant to

Tthe Florida Statutes.  Mr. Gbeke Michael Awala, hereby moves

in Pro Se, and respectfully urges this great Court to grant him

permission to proceed under certified indigent status s. 57.081,

or authorized to proceed under Title 28 U.S.C. s. 1915 under the

Federal Law.   The Plaintiff moves for Intervention as inter alia

initiated for Judicial Redress and for Title 42 U.S.C. 1983 et set.

1

(D)    TERRI SCHIAVO'S DUE PROCESS

(E)    FLORIDA WRONGFUL DEATH STATUTE

SINCE the decision as to claims of JUDICIAL  or quasi-judicial immunity depends not on title of officer, but on whether alleged conduct, which give rise to the complaint, involved performance of judicial or quasi_judicial function and it is not limited to judicial of the court, such as judges prosecutors and grand jury SEE(Hoke v. Board of Medical Examiners of State of N.C., W.D.N.C.1978, 445 F.Supp.1313; AND

SEE ALSO:  The "absence of JURISDICTION" exception to rule that a judge is absolutely immune from civil rights damage liability for acts within his judicial capacity, except when he acts in absence of all jurisdiction, refers to situations in which a judge acts purely in a private and nonjudicial capacity.I.D(Henzel v. Gerstein, C.A.5.(florida)1979,608 F.2d 654.

(A) JUDICIAL IMMUNITY: THE TWO CONSIDERATIONS ABOVE GOVERN WETHER JUDGES IS ENTITLED TO ABSOLUTE IMMUNITY: Whereupon though, in this case at bar "TERRI SCHIAVO", THE ARGUMENT OF THE PLAINTIFFS WAS THE MEDICOLEGAL INVOLVEMENT INTO THE LAW OF JURISDICTION IN THIS CASE, WHEREIN THE PLAINTIFF CLAIMS THE JUDGE LACKS SUBJECTMATTER JURISDICTION AUTHORIZING THE ASSISTED SUICIDE OR REMOVAL OF LIFE NUTRITION SUPPORT SUSTAINING TERRI. THEREBY CAUSING HER DEATH.  SEE ALSO(CROSS V. BYRUM, S.D.(FLORIDA(1972),348 F.Supp.196("Though, as general proposition of law, judges and justices of peace are immune from damages under this section, such is not a universal proposition).

2

<u>certain territory to a city in violation of that city"s agreement</u>.

(C)   MEDICAL EXAMMINERS-QUASI JUDICIAL IMMUNITY: MEMBERS OF STATE BOARD OF MEDICAL EXAMMINATION WERE ENTITLED TO SHARE ABSOLUTE IMMUNITY OF BOARD AS DE JURE STAFF MEMBERS, IN DOCTORS §1983 ACTION ALLEGING THAT SUMM- AQRY SUSPENSION OF DOCTOR'S LICENSE TO PRESCRIBE CONTRO- LLED SUBSTANCES VILOATED DUE PROCESS.  <u>Howard v. Miller, N.D.. Ga. 1994, 870 F.Supp. 340.</u>

(D)AND(E)   IN SUBSTANTIAL PART INVOLVING THE APPLICATION OF MEDICAL SCIENCE TO LAW <u>"TERRI SCHIAVO'S DUE PROCESS RIGHTS WAS VIOLATED BY THE DEFENDANTS AS A MATTER OF CAUSE</u>, AND IN CONNECTION WITH STATE OFFICIAL DUTY HEREIN BROUGHT BY THE PLAINTIFF IN FORMA PAUPERIS.

WHEREAS THE STATE OF FLORIDA HAS AMPLE AUTHORIZING ACTIONS UNDER WRONGFUL DEATH STATUTE, ON BEHALF OF THE SURVIVORSHIP BENEFITS TO THE LEGITIMATE BENEFICIARY OF THE VICTIM, AND SINCE IT WOULD BE INVIDIOUS TO DISCRIMINATE AGAINST THE PLAINTIFF MR. AWALA'S DEMEANOR, THE EQUAL PROTECTION CLAUSE WOULD BE VIOLATED BY DENYING THE HEREIN PLAINTIFF TO MAIN- TAIN THIS  ACTION FOR THE ESTATE OF THE **TERRI SCHIAVO'S WROGFUL DEATH**.  AND THAT IT IS REASONABLE FOR THE SATE TO RECOGNIZE THE RELATIONSHIP OF THE VICTIM TO THE PLAINTIFF A FELLOW CITIZEN OF THE STATE OF FLORIDA. THE PLAINTIFF GUARANTEES AGAINST 'COLLATERAL ESTOPPEL' IF SETLEMENT IS SUMMARILY AND TIMELY ENTERED. Submitted under penalty of perjury to be true and correct

dated 6/25/05        3-3        gbeke m awala

Table of Content

1.     Jurisdiction of this court.

2.     Cause of Action

3.     Statement of Claim

4.     Supreme Courts exceptions to Qualified Immunity

5.     The United States Supreme Court has determined

guidelines-QBAwarding DAMAGES..reprehensibility

of the conduct beign redressed by the plaintiffs

(a) HEDONIC DAMAGES--- TERRI SCHIAVO: Damages that

attempt to compensate for the loss of the pleasure

of being alive.   THERESA SCHIAVO MEMORIAL ESTATE

shall fully and fairly be awarded a Damages of  the

Amount $1BILLION, excluding interest.

(b) Plaintiffs  MR. GBEKE MICHAEL AWALA et al, shall be

Awarded for a   --GENERAL DAMAGES 35% of Monetary Damage

Awarded or privided by the Defendant's and , in addition

Award of attorney's fees to Pro Se litigant under Title

under 42 USCA sec. 1988. 82 ALR Fed 800.    The Supreme

Court stated in Carey v. Piphus, 435 U.S. ######### A

(citations omitted), See also  Sutton V. Cleveland

Board of Education, 958 F.2d 1339, 1352(6th Cir.1992);

9The Denial of "procedural due process is actionable

without proof ofg actual injury", Mr. Gbeke Awala et al

need not show . Mental or emotional injury and Physical

injury before the    Court grant the appropriate relief.

2-

6/9/05

## (A)    JURISDICTION OF THIS COURT:

**This Honorable Court** has the legal power to hear and rule
or determine the sufficiency of the cause of action presented
herein; the action is not a false or frivolous claim and may
be adjudicated pursuant to the Florida Statutes, and the Court's
geographic boundaries or the constitutional or statutory exer-
cised are well permissive and authority and venue is proper  in
this  **Circuit and County Courts Maimi-Dade County, Florida.**
the Court notwithstanding the foregoing may apply Jurisdictin
**prorogatedly** by the express of the request herein of the
plaintiffs and Diversity of Citizens, in the Interest of the
of the trier of facts, parties, the people of the State of
Florida and in the Intrest of Justice.

WHEREAS:  This Action was previously presented for an imme-
diate redress prior to the **Physician-assisted suicide.**  Dated
On/or around March 18, 2005, thereafter the Clerk of Court
held the Documents/Motion and subsequently after a concern
was alleged by the Plaintiff Mr. awala et al, in violation of
Title **18 U.S.C.A. sec. 2071,** --attempt to carry away document
filed in a Court, the entire Motion was pronounced Prejudicially
detained..In good faith the Deputy Clerk responede and alleged
a deficientcy pursuant to s. 57.081, dated : May 10, 2005.
Signed by W. Helt.  WHEREFORE, the Plaintiff now has correct
the alleged defeciency and pray the Court would preserve his
free exercise herefore freedom of speech and to petition the

3-

Great State of Florida for a redress.  **Because his assert
ions are fanciful and credible, notwithstanding his pre-
sent incarcerated status.**

**FINALLY: this Court Has Jurisdiction and Venue is proper**

### (B)    CAUSE OF ACTION

**The Group of operative facts** giving rise to one or more b
ases for suing; and the factual situation that entitles
the plaintiffs to obtain a remedy in this court from the
Defendants, arising out of or relating to the conduct,
occurrence and transaction **and adverse effect against our
Fellow Citizen and the result of which causes death comm-
ission, proximate cause legally sufficient to result into
"Wrongful Death for the Most enduring Terri Schiavo.  The
Deliberate indifference and gross Negligence termed Good
cause shown by the Defendant Bad Cause upon the final exe
cution of the defendants order and efficient proximate ca
use which has now result into infinite liability for all
wrongful act which has set society and the plaintiff on
edge and fill this court with a legal responsibilty to
adjudicate the issues presented.   WHEREFORE,**

> **(a).**  The plaintiff states that the incapacitat
ed(Terri Schiavo) ; has a Constitutional right to have her
medical wishes honoured, Terri, has a heartbeat, brainwaves

and except for the feeding tube, she appears in excellent
health and we strongly believes she's not different from
many other patients who are severly handicaped, It is a
fact that <u>Terri</u> had a severe brain damage, notwithstanding,
the condition of Terri, however, the **Lawa** maintained that
See: <u>Washington v. Glucksberg, 521 U.S. 702, 117 S.Ct.</u>
<u>2258, 138 L.Ed.2d 772 (1997) (upholding a Criminal pro-</u>
<u>hibition against physician-assisted suicide)</u>.  The lack
of Substantive-dueprocess analysis on the administration of
Justice in THIS CASE AT BAR--<u>TERRI SCHIAVO, was coerced to</u>
<u>death on--On/or around March 18 3005, Pinellas County Circuit</u>
<u>Court Hon. Judge Gorge W. Greer, sided with authorities and</u>
<u>ordered the removal of the feeding tube keeping her alive.</u>
<u>It was disconnected on March 18 2005, at her HOBPICE Scene in</u>
<u>Florida.</u>

___        (b).   The plaintiffs strenously wanted her feeding
Tube keeping the 41 year old Woman, since it was disconnected
after <u>13 days</u>, continue to keep her alive, to sustain her until
the Act of God decides contrary, the Judge failed to recconect
herFeeding Tube. Terri Schiavo died on March 31, 2005, upon
the deliberate indifference and grooss negligence of the Florida
State Officers, while <u>engaged in or on account of ... Official</u>
<u>duties, otherwise specifically could have excersized adequate</u>
<u>judgment  or discretion .. The defendants are responsible and life</u>
<u>imprisonment is the appropriate punishment for premeditated</u>
<u>Killing</u>, because the Defendants cause the death knowingly and

5-

Intentional.  As this case opened and occured on the Land
and if it was on the sea000 it could have falled under the
Federal Lawa--Pursuant to Death on the High Seas Act, encated
in 1920. to the opposite .  THE PLAINTIFF MOVES AGAINST THE
DEFENDANT"S UNDER STATE OR FEDERAL "DEATH STATUTE"  (A Lawa
that protects the interests of a decendent's family of  Terri
Schiavo's and her decedent if the death had not occured)

      (c).  Mr. Gbeke Awala, plaintiff in this action
was also a natural born Citizen of the state of florida and
does not wish to sucumb into low expectation thinking that
may be or may be not he3 may found or may not go through a
life's treatning illness---as was with me at a child who
grown untill age 7 and lived in Florida--Miami-Dade County,
and subsequently offred for Adoption and the international
abduction--in which the state department had ample opportunity
to protect but allowed the Plaintiff to be removed from the
State without his Consent.  Now suffers documents lost, destroyed
or oblitrated by the Office of Vital Statistics and Jackson
Memorial Hospital--were he was treated from age for Chemo-
therapy and leukhemia and other longues tumor.

FINALLY IN THIS CASE AT BAR: In here arguments that pit absolute-
or absolutism versus relativism and objectivism versus subjectivism
proves that is so Prima Facie correct that the defendants were wrong.
The defendant's commited Perjury under oath, See Title 18 U.S.SC.
section 1621(1); having true knowledge that may preclude Terri
Death.               6-

## (C). STATEMENT OF CLAIM:

And the Plaintiff Gbeke Michael Awala, says--let heralone,
but the defendants wouldn't lisen, and when she died the
plaintiff also attempted and wrote and recommended a State
Burial, the state thought in vain..and;

A view of <u>ANATOMY OF THE BRAIN</u>
<u>AND HOW BRAIN CELLS COMMUNICATE</u>:    The plaintiff assesed
an Expert result pursuant to Federal Rulers of Evidence
Rule 702: and instructively moved under rule 702 et seq,
See; <u>DAUBERT AND KUMHO TIRE</u> -- based on the Discovry found

        (a).  The Brain--Frontal Lobe, Parietal Lober, Mid
Brain, Occipital Lobe, Pre-Frontal Coprtex, Crebellum and Brain-
stem and <u>TERRI SCHIAVO'S were actively functioning and it</u>

<u>indicates based on the test for types of neurotransmitters,</u>
<u>Terri's Brain Damage  Since 1990, and what the Pinellas</u>
<u>County Circuit coutt appointed Doctors calleda persistent</u>
<u>Vegetative state, the assertion with no real consciousness or</u>
<u>chance of recovery, after a Chemical imbalance caused her heart</u>
<u>to stop.</u>  The Honorable Judge authorized the herein complaint
miscarriage of Justice..and;

        (b). Terri, left no written instructions authorizing
any super imposed "legislature or Judicial Debate over right-to-
die dispute in the event she became disable, she left no clear
and convincing pove of Intent to die, her husband acted against
her wish.  While her biological mother and father strugle so that

7

she may survived.

(c).   The Plaintiff has formed a Methodical basis
of facts for which this civil action amplified and disser-
ving a cause of action=Wrongful Death of Terri following a
Breach of protection guaranteed under the U.S. Contitutional
Amendment ..8.."nor cruel and unusual punishments inflicted
and AmendmentXIV (1868) "nor shall any State deprive any
person of life, liberty, without Due process.

WHEREAS Plaintiff rely in adtion based on ADVERSARY SYSTEM
of trial practice in the United States in which each of the
opposing or adversary, parties has full opportunity to
present and establish its opposing contentions before the
as such Mr. Gbeke M. Awaala moves for judgment againdt the
defendant's in this captioned matter in the interest of the
people and parties herein...Asummary judgment on the pleading
may be applied if deems fit and expedient..(See Page 2,para
5. foe Damages et seq.).

IN ADDITION TO INTER ALIA PLEADING FOR DAMAGES:
the defendant's shall contribute Moneyor service of Charity
or community Education Sponsor programs originating from
THE THERESA SCHIAVO--AWALA BRAIN CANCER FOUNDATION: to enable
stateS non-for-profit extensive scientific studies to
edify and relief any future potential habitual Death of
another person.  And sponsor Addict Rehabilitation Program
under Fountain of youth minidtry, Miami-Dade County, Florida
to be well supervised in full by Mr. Gbeke M. Awala et al.

8-

## (D).   EXCEPTIONS TO QUALIFIED IMMUNITY:

## (a).   CANON CODE A JUDGE SHOULD PERFORM THE DUTIES OF THE OFFOCE IMPARTIALLY AND DILIGENTLY:

1. A Judge should be faithful to the Law and maintain proffesssional competence in or on it, A Judge should be unswayed by partisan interests, public clamor, or fear of criticism.

WE dissent with the Conduct of the Honorable judge George W. Greer, Pinellas County Circuit Court: Matters of Terri SCHIAVO, on the ground that the Court offered no textual or historical support for their alleged due process right."

2. The Supreme Court of the United States: Concurring justices maintained that in Washington v. Glucksberg, (1997), (Upholding a Criminal prohibition against physician-assisted suicide:  In this case at Bar We regret and respectfully reject the the Method of Due process analysis employerd by the court in it conclusion that resulted into the Death of Ms. Terri Sciavo(R.I.P.),  and we invoke the principles and

Supervisory power of the Supreme Court over the inferior Court's See: Death with Dignity Act, and See also Flooida Constitutionb As amended and noted, Article 1 and 2, ensures--that Florida Courts will no longer be able to rely on the State Constitut- ion  to supress evidence that would be admissble under the Decisions of the sua sponte SUPREME COURT OF THE UNITED STATES

___                                   0



To conform uniforly applied laws.  **See also**  Christopher
Slobogin, (States adoption of Federal Law, exploring the
limits of Florida's forced linkage **Amendment 39. U.Fla.L.
Rev. 653(1987), Certiorari in Florida v. Casal, 462 U.S.
637, 103, S.Ct. 3100, 77 LEd. 2d 277(1983: Chief Justice
Burger, and Citations Omitted.  See also In**  Hovey v. Elliot
167 U.S. 409(17 S.C.t. 841, 42 L.Ed. 215). which pointed
out grave constitutional error by depriving parties the
right to try their Law suit.

The Court has ruled that a party to a law suit hires his
lawyer and should therefore be responsible for everything
                                    his lawyer does
in the Conduct ogoing in this case the Plaintiffs shall

                                  proceeds in

                                  PRO SE.

RELYING ON Constitutional 7 Amendment and Sixth Amend.

     (b).  The Honorable Governor in his executive
caparcity has substantial equitable right to invoke
Authority coupled with interest, in the power and person
of the Gove. Jeb Bush instructively and directing the
intended result sustaining the Terri's feeding Tube,
abstaining the conduct of the aforementioned ruling, and
sustaining Terri's life.  But to the contrary the Governor
gave adverse authority that was unfavorable to the Victim
and the Plaintiffs-- Causing deprivation of Civil Rights,
Pain, Suffering and Wrongful Death.

                           10

**(c).** STATE MEDICAL DOCTORS, PHYSICIANS AND SURGEON UNDER **Physician's directive, physicians-client or patient privilege,** under finality of act; consciously understand the finality of the patient TERRI SCHIAVO, CONFRONT THE **HONORABLE JUDGE GEORGE GREER, AND STATE GOVERNOR JEB BUSH--**Florida  and based on the defendant's suggestion of Death the Patient was confronted and assisted with (<u>PHYSICIAN ASSISTED SUICIDE, COURT ASSI</u> <u>STED  SUICIDE, STATE ASSISTED SUICIDE AND LAW ENFORCE</u> MENT ASSISTED SUICIDE__so extremewed that it compels that authorities used deadly force.

**WHEREFORE,**  Ms. Terri Schiavo was provided inadequate health insurance **medicaid** under the **Social Security Administration Act-** to cover inpatient hospital, skilled nursing aid, and **Hospice.**  See **also Balanced budget Act** of (1997). **Her life could have been well preserved.**   **President Rosovelt died under gods dignity.**

(d). <u>QUALIFIED IMMUNITY DEFENSE</u>

In light of this facts, the only way the defendants can succeed is if they proffers evidence thath, they have not the truth,  <u>on the ground that they can legally and lawfully</u> recklessly disregarded <u>mature a claim that the Due process analysis employed by</u> <u>the Courts et al, in the conclusion that resulted into the</u> <u>Death of "Terri Schiavo,"</u> was a matter of substance.

11

The Plaintiffs maintains and establish that the **State** had acted and engages in conduct that has deprived the plain-tiffs "**Rights**," **priviliges**, of which a reasobable person would have known.   **In so far the defendant's conduct alleged**   does **violates clearly** established statutory or constitutional rights of which a reasonable person **would** have known, the suggestion of Death against Teeri, was acted upon "reckless disregard of the truth, and that the State "Knowingly and Deliberately," by showing a preponderance of Evidence: THE DEFENDANTS JUDGE GEORGE W GREER, Hon. GOVERNOR JEB BUSH AND STATE OF Florida's Medicals, physicians and Doctor's while engaged in, on account  of =Officila duties "are not SHELTER FROM LIAB -ILITY UNDER QUALIFIED IMMUNITY CAPACITY ▪▪▪▪▪.   See: Wilson v. Layne, 526 U.S. 603, 119 S.Ct. 1692, 1699, 143 L.E.d.2d 818 (1999) (quoting  Harlow v. Fitzgerald, 457 U.S. 800, 818, 102 S.Ct. 2727, 73 LE.d 2d. 396 (1982).

CONCLUSION:  Conspiracy is an ongoing crime, and "once a criminal conspiracy is established, it is presumed to continue until its terminated and affirmatively shown. See: United States v. Portsmouth Paving corp., (4th Cir. 1992). See also Miller v. Florida, 482 U.S. 423, 430, 107 S.ct. 2446, 2451, 96 L.Ed.2d 351 (1987).(A law violates the ex post facto clause if it changes the legal consequences of the defendants acts completed before its effective termination date.   However since



the defendants upholds and concurs with the physician-assisted suicide that resulted into the death of Terri Schiavo,  The crime had been commited already.   The conspiracy had ended.

In the Holy Bible, according to Mattew Chapter 9: (Vs.12.." when Jesus heard that, he said to them, those who are well have no need of a PHYSICIAN, but those who are SICK, ). and;

In the Five Book of Moses--are the JEWISH CODE OF CONDUCT, The TORAH, "Establishment of just courts: In Deuteronomy 16: Vs 1..JUDGES AND OFFICERS shall you appoint in all cities-which HASHEM, your God, gives you-for your Tribes; and they shall judge the people with righteous judgment.   Amen.

U.S. CONSTITUTION Article VI,: The Constitution, and the laws of the United States which shall be made, under the Authority of the United States, shall be the Supreme Law of the Land and the JUDGES in every States shall be bound thereby, thing in the Constitution or Law of the States to the Contrary notwithstanding.

GENERAL PRAYER:   the plaintiffs prays the Honorable Court would grant the permission to proceed pursuant to s. 57.081 and initiate a Judicial proceeding to determine the sufficiency as the plantiffs beliefs corgnitive cause of action and the Jurisdiction and venue is prosper and grant therein relief sought in pages 3, para 5, and page 8 sub sec. (c). et seq.

Submitted and declared under penalty of perjury to be true and correct.

Dated: 6/11/05                13-13          recpectfully submitted
                                            Gbeke Michael Awala

What does each lobe do?

Prefrontal

Frontal

Parietal

Occipital

Cerebellum

Brainstem



**Fasciculus Retroflexus in the Midbrain**
Used with permission copyright society for neuroscience

Where in the brain do cravings come from?

What structure is supposed to help you control your cravings?



Diagram used with permission Eric Chulder PhD

7



## AUTHORIZATION FOR WITHDRAWAL OF FUNDS

**NOTICE TO PRISONER:** You are directed to complete the following form. Part A of the form must be returned to the Clerk. Part B of the completed form shall be returned to the prison official in charge of the prisoner account.

**PART A**

I, _____   (Name of Prisoner and Registered Number if applicable)

authorize the Clerk of the Court to obtain, from the agency having custody over me, information about my institutional account, including balances, deposits, and withdrawals. The Clerk may obtain such information until the fee and any other payments owed the Court are paid. I also authorize the agency having custody over me to withdraw funds from my account and forward payments to the appropriate Clerk of Court in accordance with 28 U.S.C. §1915 (April 26, 1996).

_____ Signature of Prisoner

_____
Date

---

**PART B**

I, _____   (Name of Prisoner and Registered Number if applicable)

authorize the Clerk of the Court to obtain, from the agency having custody over me, information about my institutional account, including balances, deposits, and withdrawals. The Clerk may obtain such information until the fee and any other payments owed the Court are paid. I also authorize the agency having custody over me to withdraw funds from my account and forward payments to the appropriate Clerk of Court in accordance with 28 U.S.C. §1915 (April 26, 1996).

_____ Signature of Prisoner

_____
Date

(Rev. 5/00)



**FLORIDA DEPARTMENT OF**
# HEALTH

Jeb Bush
Governor

John O. Agwunobi, M.D., M.B.A., M.P.H.
Secretary

September 20, 2005

Gbeke Michael Awala
No. 82074-054
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

Dear Mr. Awala:

This is in reference to your recent correspondence regarding filing a Delayed Certificate of Birth through the Florida Office of Vital Statistics.

I understand your frustration as you've been unable to meet the statutory requirements for administratively filing a Delayed Certificate of Birth through this office, and I can assure you this office files delayed documents in accordance with the laws of this state and not based on any other factors.

We have tried to assist you in your attempts to establish sufficient documentation, which unfortunately you have been unable to do.

When an individual does not have sufficient documentation to support the administrative filing of a Delayed Certificate through this office, the only other option available would be to attempt to file in accordance with provisions of Florida Statute 382.0195, through a Circuit Judge (either in your county of birth, or your county of residence.)

If I can be of further assistance, do not hesitate to contact my office.

Cordially,

Ken Jones
Deputy State Registrar
State Office of Vital Statistics
(904) 359-6900 ext. 1001

Plus Chambers    12/6/05

please advise
advise as to how to
treat this. Is it a 1983 and does
belong to you?
Thanks Susan

Ken

Open As civil
rights